**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 09-6631**

————————————

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

WILLIAM KELVIN MCCOLLUM,

               Defendant - Appellant.

————————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (7:01-cr-00136-BR-1)

————————————

Submitted: August 26, 2009      Decided: September 2, 2009

————————————

Before TRAXLER, Chief Judge, and GREGORY and SHEDD, Circuit Judges.

————————————

Affirmed by unpublished per curiam opinion.

————————————

William Kelvin McCollum, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Kelvin McCollum appeals the district court's order denying relief on his motion to reduce his sentence under 18 U.S.C. § 3582(c)(2) (2006).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>United States v. McCollum</u>, No. 7:01-cr-00136-BR-1 (E.D.N.C. Mar. 27, 2009).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>